# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL WINTERS,

      Plaintiff,

vs.                                                                  CASE NO. 6:08-CV-615-ORL-19GJK

MACANTHONY REALTY FLORIDA,
INC.,

      Defendant.
_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17, filed July 1, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 16, filed June 11, 2008) is **GRANTED** to the extent it is a fair and reasonable resolution of a bona fide dispute. The Settlement Agreement in exchange for Plaintiff's release of claims and dismissal of the action with prejudice is fair and reasonable and is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record